IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICKY TAYLOR,              ) | |
|                            ) | |
|     **Plaintiff,**   ) | |
|                            ) | **09-cv-617** |
| v.                         ) | **Judge Mahoney** |
|                            ) | |
| NORTHSTAR LOCATION         ) | |
| SERVICES, LLC,             ) | |
|                            ) | |
|     **Defendant.**  ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

 

Hon. Paul L. Mahoney
United States District Judge

Dated: _____