IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **VICKY TAYLOR,** | ) |
| **Plaintiff,** | ) |
| | ) **09-cv-617** |
| v. | ) **Judge** Maloney |
| **NORTHSTAR LOCATION SERVICES, LLC,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge

Dated: October 6, 2009